Eric D. Houser (SBN 130079)
Denetta EJ Scott (SBN 236899)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Tel: (949) 679-1111
Fax: (949) 679-1112
Email: dscott@houser-law.com

Attorneys for Plaintiff,
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>CB EQUITIES, LLC, a Wyoming limited liability company; AMERICAN BROKERS CONDUIT CORPORATION, a New York corporation;<br><br>Defendants. | CASE NO: 4:15-cv-03809-KAW<br>Honorable: Judge Kandis A. Westmore<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY COURT** |

**TO DEFENDANTS AND/ THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 5, 2015 at 11:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA 94612, plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-1 will present its application for a default judgment against defendants CB EQUITIES, LLC and AMERICAN BROKERS CONDUIT CORPORATION. The clerk has previously entered the default of said defendants

CB EQUITIES, LLC and AMERICAN BROKERS CONDUIT CORPORATION on September 28, 2015.

At the time and place of hearing, plaintiff will present proof of the following matters:

1. Defendants are not minor or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendants have not appeared in this action.

3. Plaintiff is entitled to judgment against said defendants on account of the claims pleaded in the complaint, to wit:

   a. Defendants improperly and fraudulently obtained a stipulated judgment recorded November 29, 2012 in the Official Records of Contra Costa County as Document Number 2012-0298448-00 in this Court to extinguish a Deed of Trust recorded in the Official Records of Contra Costa County on January 30, 2007 as Document Number 2007-0028086-00.

   b. The stipulated judgment is void on its face as the stipulation was not entered into by parties who had a right or power to extinguish the Deed of Trust as Plaintiff was not a named party to the lawsuit although the beneficial interest in the Deed of Trust had already transferred to Plaintiff prior to the stipulated judgment. Said stipulated judgment is without any legal force or effect.

   c. Defendants have engaged in a fraudulent scheme with certain borrowers throughout Northern California with the purpose to extinguish the first Deed of Trust who later transferred title to unsuspecting parties who believe title to the property is free and clear.

///
///
///
///
///
///

1    This Application is based on this Notice, the attached declarations of Katherine Ortwerth
2  and Denetta EJ Scott, and the pleadings, files and other matters that may be presented at the
3  hearing.

4  Dated: September 28, 2015

                                        HOUSER & ALLISON
                                        A Professional Corporation

                                        */s/ Denetta EJ Scott*
                                        Denetta EJ Scott
                                        Attorney for Plaintiff
                                        DEUTSCHE BANK NATIONAL TRUST
                                        COMPANY, AS INDENTURE TRUSTEE FOR
                                        AMERICAN HOME MORTGAGE
                                        INVESTMENT TRUST 2007-1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) SS
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On September 28, 2015, I served the following document(s) described as follows:

**APPLICATION FOR DEFAULT JUDGMENT BY COURT**

On the following interested parties in this action:

| | |
|---|---|
| American Brokers Conduit Corporation<br>Incorp Services, Inc., registered agent<br>One Commerce Plaza<br>99 Washington Avenue, Suite 805A<br>Albany, NY  12210<br>*Defendants* | CB Equities, LLC<br>Incorp Services, Inc. as registered agent<br>1621 Central Avenue<br>Cheyenne, WY 82001<br>*Defendants* |

[X]   BY FIRST CLASS MAIL— By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on September 28, 2015 at Irvine, California.

Deanna Kunz

PROOF OF SERVICE
1