UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CB EQUITIES, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-03809-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. Nos. 12-14 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiff's Request for Judicial Notice and declarations in support of its motion for default judgment were submitted in a format that is not usable by the court.

The chambers copies are not usable because they

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☐ is not usable for another reason –

The papers used for the above-described chambers copy has been recycled by the court. Plaintiff shall submit chambers copies in a format that is usable by the court no later than October 21, 2015.

IT IS SO ORDERED.

Dated: October 16, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge